**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 3160 8th LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83 – 2958156 |
| 4. | **Debtor's address** | **Principal place of business** <br> 3160 W. 8th St. <br> Number    Street <br><br> Los Angeles  CA  90 <br> City    State    ZIP Code <br><br> Los Angeles <br> County <br><br> **Mailing address, if different from principal place of business** <br> Number    Street <br> P.O. Box <br> Los Angeles  CA  90 <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Number    Street <br><br> City    State    ZIP Code |
| 5. | **Debtor's website** (URL) | _____ |

Debtor  **3160 8th LLC**
　　　　Name

Case number *(if known)*_____

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>__7__ __2__ __1__ __1__ __1__ __0__ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes.　District __Central CA__　When __10/17/2024__　Case number __2:24-bk-18458-BB__<br>　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____　When _____　Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY |

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 2

Debtor  **3160 8th LLC**  Case number (*if known*)_____
       Name

| | | | | |
|---|---|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No  ☒ Yes. | Debtor **LA First Korean Presbyterian Church**  District **California Central**  Case number, if known _____ | Relationship **Affiliate**  When **12/9/2024**  MM / DD / YYYY |
| | List all cases. If more than 1, attach a separate list. | | | |

11. **Why is the case filed in *this district*?**

   *Check all that apply:*

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                             Number   Street
   _____
   _____  _____  _____
   City                      State ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

| **Statistical and administrative information** |
|---|

13. **Debtor's estimation of available funds**

   *Check one:*

   ☒ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ☒ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
   ☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
   ☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
   ☐ 200-999

Debtor  **3160 8th LLC**  
_____Name_____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/12/2025

✗ _____/s/_____    David Suh  
Signature of authorized representative of debtor    Printed name

Title  **Owner / Principal**

**18. Signature of attorney**

✗ _____/s/_____    Date  01/12/2025  
Signature of attorney for debtor    MM / DD / YYYY

Matthew Sean Harrison  
Printed name  
Prometheus Civic Law  
Firm name  
120 Vantis Drive Suite 300  
Number    Street  
Aliso Viejo    CA    92656  
City    State    ZIP Code

949 436-4500    matt@procivlaw.com  
Contact phone    Email address

305019    CA  
Bar number    State